CHARLES E. DENNEY et al., as Trustees of ERIE RAILROAD COMPANY, Appellants, *v.* MARY C. MALONE, as Administratrix of the Estate of P. W. GRAHAM, Deceased, et al., Defendants, and BUFFALO SEWER AUTHORITY, Respondent.

Submitted October 13, 1941; decided October 23, 1941.

*Leonard W. M. Zingler* and *William G. Conable* for motion.
*Edward J. Sullivan, Corporation Counsel* (*Elmer S. Stengel* of counsel), opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that an appeal lies as of right because a constitutional question is directly involved.